IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

REBECCA A. PEREIRA                                                    PLAINTIFF

v.                          Case No. 06-06066

MICHAEL J. ASTRUE,[1] Commissioner
Social Security Administration                                        DEFENDANT

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Now on this 5th day of October, 2007, there comes on for consideration the Report and Recommendation filed on September 18, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas (Doc. 12).  Plaintiff filed written objections to the report and recommendation on September 28, 2007 (Doc. 13).

The Court has considered the objections and has reviewed the case *de novo*.  The Court finds the Report and Recommendation to be proper and should be and is hereby adopted in its entirety.  Accordingly, the Court adopts the Report and Recommendation (Doc. 12), affirms the decision of the Administrative Law Judge, and the Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 9th day of October, 2007.

                                        */s/ Robert T. Dawson*
                                        Honorable Robert T. Dawson
                                        United States District Judge

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit.